## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In the Matter of: Tricia Mezzacappa    :
                                   :
            v.                       :        No. 1229 C.D. 2021
                                     :
Northampton County,                :
                   Appellant     :

**PER CURIAM**                         **O R D E R**

       NOW, May 30, 2023, upon consideration of Appellant's application for reargument, and Appellee's answer in response thereto, the application is DENIED.